IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00290-MR-WCM

| | |
|---|---|
| HELEN A. DAVENPORT, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GPI RESORT HOLDINGS, LLC; ) <br> OMNI HOTELS MANAGEMENT ) <br> CORPORATION; and ) <br> OMNI GROVE PARK, LLC, ) <br> ) <br> Defendants. ) <br> ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 7) filed by Stephen Williamson. The Motion indicates that Mr. Williamson, a member in good standing of the Bar of this Court, is local counsel for Defendants, and that he seeks the admission of C. Stephen Setliff, who the Motion represents as being a member in good standing of the Bar of Virginia. It further appears that the requisite admission fee has been paid.

The Motion also indicates that Mr. Williamson has informed Plaintiff's counsel of this Motion, "and Plaintiff's counsel has not responded with an objection at the time of filing." Doc. 7 at 3.

Seeing no facial defect in the Motion, the undersigned will grant the

request. Plaintiff may, however, request that the admission of C. Stephen Setliff be reconsidered, provided that such request is made within seven (7) days of this Order and is supported by specific objections to the instant *pro hac vice* admission.

IT IS THEREFORE ORDERED THAT:

1. The Motion for Admission Pro Hac Vice and Affidavit (Doc. 7) is **GRANTED**, and C. Stephen Setliff is **ADMITTED** to practice *pro hac vice* before the Court in this matter while associated with local counsel.

2. This ruling is **WITHOUT PREJUDICE** to Plaintiff's right to challenge Mr. Setliff's admission, provided that any such motion is filed within **seven days** of this Order and is appropriately supported.

Signed: October 31, 2023

W. Carleton Metcalf
United States Magistrate Judge