IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00290-MR-WCM

| | |
|---|---|
| HELEN A. DAVENPORT, ) ) Plaintiff, ) ) v. ) ) GPI RESORT HOLDINGS, LLC; ) OMNI HOTELS MANAGEMENT ) CORPORATION; and ) OMNI GROVE PARK, LLC, ) ) Defendants. ) _____ ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 13-1) filed by Andrew F. Carson. The Motion indicates that Mr. Carson, a member in good standing of the Bar of this Court, is local counsel for Plaintiff, and that he seeks the admission of Genevieve Mendes Weaver, who the Motion represents as being a member in good standing of the Bar of South Carolina. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 13-1) and **ADMITS** Genevieve Mendes Weaver to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: November 29, 2023

W. Carleton Metcalf
United States Magistrate Judge